## Richmond.

THE CHESAPEAKE AND OHIO RAILWAY COMPANY
v. BRYANT'S ADMINISTRATOR.

March 21, 1929.

Absent, Holt, J.

Upon rehearing the case was affirmed by an evenly divided court.